RECEIVED
DEC 02 2022
BY MAIL

United States District Court for
the Eastern District of Missouri
EASTERN DIVISION

In the matter of;  )
Steven Joseph Stafford,  )
    Plaintiff/Petitioner/Affiant,  )
vs.  ) Case No. 4:22-CV-178-SEP
Michelle Basham, et al.,  )
    Defendant(s)/Respondent(s),  )

## Plaintiff's Verified Motion for Dismissal of Action(s) and Notice of Filing in State Court Verified Affidavit/Suggestions in Support of Same, &tc.

COMES now plaintiff/petitioner/affiant Steven J. Stafford, pro se, referred to hereinafter as plaintiff, to make known by these presents this; verified motion for voluntary dismissal of this instant action(s); to provide official notice of plaintiff's intent to file these causes of action in the Court(s) of the State of Missouri, along with state tort action(s), et al., and to make herewith a verified affidavit/suggestions in support of same, etc., and states the following in support thereof, to wit;

### Action History Germane to this Motion, &tc.

1. Plaintiff has filed a complaint/petition with this good and honorable court, initially as part of another litigant(s)' petition/complaint, of which is part of this court's own record(s).

2. This court has, on more than one occassion issued orders for plaintiff to sever his action from the other litigant and to

amend his complaint/petition, as is also a matter of this good and honorable court's own records.

3. The statute of limitations relevant to the claims for relief/remedy(ies) have not expired, about which plaintiff prays that this good and honorable court would take judicial notice of and make a record of/for same as part of the files/dockets of this court in this action(s).

### Plaintiff's Prayer(s) for Relief/Remedy(ies)

4. Plaintiff prays that this good and honorable court would grant leave for plaintiff to voluntarily dismiss this action in lieu of filing an action(s) in the Court(s) of the State of Missouri for both the claim(s)/action(s) brought and any/all/each state tort, et al., action(s), declaratory judgment(s) petition(s), etc. as might be relevant to plaintiff prior to the expiration of the statute of limitations that govern such proceedings.

WHEREFORE, plaintiff/petitioner/affiant does hereby pray that this good and honorable court would grant to plaintiff the relief/remedy(ies) as set out, cited, referred to herein, supra, and for whatsoever additional relief/remedy(ies) as this court is pleased to grant plaintiff in this matter, having found same meet and just so to do.

### Verification

COMES now Steven Joseph Stafford to make known by these presents that he does hereby verify/certify that the statements of facts, averments, arguments, citations, invocations, incorporations, and prayers for relief/remedy(ies) set out herein are TRUE and ACCURATE

and are so made of his own free will and act, under oath, and under the penalties of making false statements/perjury, as is evidenced by his signature herein below. So attested to and made an affidavit thereof herewith.

Cordially & Respectfully Submitted,

/s/ _____  11-18-22
Steven Joseph Stafford           *Date
MO-DOC No. 365963
ERDCC GP HU3D-212 / Legal Mail
2727 HWY K
Bonne Terre, Missouri  63628-3430
United States of America

### Certificate of Service - Notice of Hearing(s)

COMES now Steven Joseph Stafford to certify that a copy of the foregoing has been provided to the defendant(s)/respondent(s)/counsel(s) by First Class U.S. Mail, or that same is available to them electronically, as per Rule.

FURTHER, plaintiff provides herewith a vnotice of hearing(s) on this and any/all/each other pending matter presented by him before this court on, to wit;

- Tuesday, 29 November 2022 at 1:30 P.M., or such a time as this court is pleased to hear same.

Cordially & Respectfully Submitted,

/s/ _____  11-18-22
Steven Joseph Stafford           *Date
MO-DOC No. 365963
ERDCC GP HU3D-212 / Legal Mail
2727 HWY K
Bonne Terre, Missouri  63628-3430
United States of America

\*    Submitted this same date by placing into the institutional mailbox system pursuant to, inter alia, Houston v. Lack, 108 S.Ct. 2379 (1988); Haines v. Kerner, 92 S.Ct. 594 (1972); Estelle v. Gamble, 97 S.Ct. 285 (1976), et al.

- 3 -

even Joseph Stafford
-DOC No. 365963   ERDCC GP HU3D-212 / Legal Mail
TERN RECEPTION DIAGNOSTIC & CORRECTIONAL CENTER
7 HWY K
ne Terre, Missouri   63628-3430

"This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov"

MAILED FROM

NOV 21 2022

EASTERN RECEPTION
DIAGNOSTIC & CORRECTIONAL
CENTER

US POSTAGE PITNEY BOWES
ZIP 63628  $ 000.00
02 4W
0000359608 NOV 04 202

FIRST CLASS MAIL ONLY

RECEIVED
DEC 02 2022
BY MAIL

LEGAL MAIL

United States District Court - ED/E.Div.
Attn: Clerk of the Court
111 South Tenth Street
St. Louis, Missouri   63102