# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN STAFFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-178-SEP ) |
| MICHELLE BASHAM, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

      Before the Court is Plaintiff Steven Stafford's "Verified Motion for Dismissal of Action(s) and Notice of Filing in State Court Verified Affidavit/Suggestions in Support of Same, &tc." Doc. [12]. Therein, Plaintiff asks the Court to "grant leave . . . to voluntarily dismiss this action," as he would prefer to litigate his claims in state, rather than federal, court. *Id.* at 2. The Court construes Plaintiff's motion as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will order the dismissal of this case, without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

      Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's "Verified Motion for Dismissal of Action(s) and Notice of Filing in State Court Verified Affidavit/Suggestions in Support of Same, &tc" (Doc. [12]) is **GRANTED**.

      **IT IS FURTHER ORDERED** that this case is **DISMISSED**, without prejudice. A separate order of dismissal will be entered herewith.

      **IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 23rd day of December, 2022.

                                                          SARAH E. PITLYK
                                                          UNITED STATES DISTRICT JUDGE