# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN STAFFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-178-SEP |
| MICHELLE BASHAM, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 23rd day of December, 2022.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE